No. 10–8731. LYLES v. LEMMON ET AL., 563 U. S. 929. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.